v.

STATES MARINE LINES, INC., et al., Appellees.

No. 24198.

United States Court of Appeals, Fifth Circuit.

May 28, 1971.

TRAVELERS INDEMNITY COMPANY, Plaintiff-Appellant,

v.

FEDERAL INSURANCE COMPANY, Defendant-Appellee.

No. 27760.

United States Court of Appeals, Fifth Circuit.

Jan. 5, 1970.

James A. Eichelberger, Atlanta, Ga., for plaintiff-appellant.

1. United States v. Prevatt, 5 Cir. 1969, 414 F.2d 239.

Palmer H. Ansley, Ben L. Weinberg, Jr., Atlanta, Ga., for defendant-appellee.

Before BELL, AINSWORTH, and CARSWELL, Circuit Judges.

PER CURIAM:

The judgment appealed from is affirmed on the basis of the opinion of the District Court: Travelers Indemnity Company v. Federal Insurance Company, N.D.Ga., 1969, 297 F.Supp. 1346.

Affirmed.